IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Brenda Bevineau, Kathleen Graham, Peggy Cooper, Florence Lashley, Larry Guenther, Mary Sak, Edward L'Abbe, and Thomas Wells, Jr., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   17 C 7340 |
| JH Portfolio Debt Equities, LLC, a California limited liability company, | ) ) ) ) | Judge Pallmeyer |
| Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiffs, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismiss their claims against the Defendant, with prejudice.

Dated: November 30, 2017

One of Plaintiffs' Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2016, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on November 30, 2017.

Joe Rudy, Director of Litigation Management
JH Portfolio Debt Equities, LLC
5757 Phantom Drive
Suite 225
Hazelwood, Missouri 63042


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com